IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL NERIO RODRIGUEZ,   　　　No. 2:15-CV-0415-KJM-CMK-P

  　　Petitioner,

  　vs.   　　　　　　　　　　　　ORDER

JEH CHARLES JOHNSON, et al.,

  　　Respondents.

_____/

　　　　Petitioner, a federal immigration detainee proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner is in custody in Bakersfield, California, which is located within Kern County. Kern County is part of the Fresno division of this court. See Local Rule 120(b). Because the Sacramento division is not the proper division, this action will be transferred to the Fresno division.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Fresno.

DATED: July 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　　CRAIG M. KELLISON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1